# EXHIBIT C



**STATE OF TENNESSEE**
**Tre Hargett, Secretary of State**
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: **B.E. Technology, L.L.C.**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control # :** | 695069 | Formation Locale: | DELAWARE |
| Filing Type: | Limited Liability Company - Foreign | Date Formed: | 08/14/1997 |
| Filing Date: | 09/06/2012 11:17 AM | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 74 |
| Duration Term: | Perpetual | | |
| Managed By: | Other | | |

**Registered Agent Address**
DAVID HOYLE
116 W VIKING DR
CORDOVA, TN  38018-7261

**Principal Address**
116 W VIKING DR
CORDOVA, TN  38018-7261

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 09/06/2012 | Initial Filing | 7093-0298 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|