IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| B.E. TECHNOLOGY, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>GOOGLE, LLC,<br><br>　　　Defendant. | )<br>)<br>)<br>)　No. 2:12-cv-02830-JPM-tmp<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.**  The cause having come before the Court on Defendant Google LLC's Motion for Judgment on the Pleadings (ECF No. 74) and the Court having ordered all pending claims dismissed as moot (ECF No. 80),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Dismissing Claims As Moot (ECF No. 80), all pending claims are hereby DISMISSED AS MOOT.

**SO ORDERED**, this 20th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　 /s/ Jon P. McCalla
　　　　　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE